In The



Court of Appeals



Ninth District of Texas at Beaumont


____________________



NO. 09-08-066 CV


____________________



THE UNIVERSITY OF TEXAS MEDICAL BRANCH 


AT GALVESTON, Appellant



V.



ERIK TOLPO, Appellee






On Appeal from the 58th District Court


Jefferson County, Texas


Trial Cause No. A-179,183






 MEMORANDUM OPINION


 The University of Texas Medical Branch at Galveston filed a notice of appeal from
the denial of its plea to the jurisdiction. See Tex. Civ. Prac. & Rem. Code Ann. §
51.104(a)(8) (Vernon 2008). On October 3, 2008, the appellee, Erik Tolpo, informed the
Court that the underlying litigation had been non-suited. No party objected to the suggestion
of mootness. Accordingly, the appeal is dismissed as moot. See Tex. R. App. P. 29.5; Tex.
R. App. P. 42.3(a). 

 APPEAL DISMISSED. 

 ____________________________

 HOLLIS HORTON

 Justice

Opinion Delivered November 20, 2008

Before McKeithen, C.J., Kreger and Horton, JJ.